WILLIAM R. SEWARD, Trustee, etc., et al., Respondents, *v.* BURRALL SPENCER et al., Trustees, etc., Impleaded, etc., Appellants.

(Submitted December 3, 1883 ; decided December 11, 1883.)

*O. O. Cottle* for appellants.

*J. B. Perkins* for respondents.

Agree to reverse judgments of General and Special Terms. Judgment ordered for defendants, dismissing the complaint on opinion in *Seward* v. *Huntington* (*ante,* p. 104).
All concur.
Judgment accordingly.

---

In the Matter of the Application of the NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY to acquire Title to Lands of THEOPHILIA G. TOWNSEND et al.

(Argued December 4, 1883 ; decided December 11, 1883.)

*D. P. Barnard* for appellant.

*F. L. Westbrook* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.